Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Rachel Holzer, Esq.
Nevada Bar No. 11604
rachel@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP SCOTT BRACAGLIA, an individual; SAMANTHA BRACAGLIA, as parent and natural guardian of ELLIOT BRACAGLIA, a minor;<br><br>Plaintiffs,<br><br>v.<br><br>PARMINDER SINGH, an individual; QUICK TRANSFER LTD, a Foreign Business; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-CV-01531-APG-MDC<br><br>**MOTION TO WITHDRAW MOTION TO REMAND [ECF 06]** |

PLAINTIFFS, PHILLIP SCOTT BRACAGLIA and SAMANTHA BRACAGLIA, as parent and natural guardian of ELLIOT BRACAGLIA, a minor, respectfully submit the following Motion to Withdraw their Motion Remand [ECF 06].

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**FACTUAL AND PROCEDURAL HISTORY**

Plaintiffs filed a Motion to Remand on August 25, 2025 [ECF No. 6], based on Defendants' failure to demonstrate complete diversity in their Petition for Removal [ECF No. 1]

1

and Statement Upon Removal [ECF No. 5]. On September 4, 2025, Defendants filed a Response to Plaintiffs' Motion to Remand [ECF No. 7], providing evidence that Defendant SINGH is a Canadian resident. Accordingly, based on the evidence Defendants recently presented in their Response, Plaintiffs seek to withdraw their Motion to Remand.

For the reasons above, Plaintiffs respectfully request this court allow them to withdraw their Motion for Remand [ECF No. 6].

**DATED** September 16, 2025.

**GINA CORENA & ASSOCIATES**

*/s/ Rachel Holzer*
**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Rachel Holzer, Esq.**
Nevada Bar No. 11604
rachel@lawofficecorena.com
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated: September 17, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2