**STIP**
Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Rachel Holzer, Esq.
Nevada Bar No. 11604
rachel@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP SCOTT BRACAGLIA, an individual; SAMANTHA BRACAGLIA, as parent and natural guardian of ELLIOT BRACAGLIA, a minor;<br><br>Plaintiffs,<br><br>v.<br><br>PARMINDER SINGH, an individual; QUICK TRANSFER LTD, a Foreign Business; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-CV-01531-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DIRECT LIABILITY CLAIMS [ECF No. 29]** |

Plaintiff, PHILLIP SCOTT BRACAGLIA, and individual, SAMATHA BRACAGLIA, as a parent and natural guardian of ELLIOT BRAVAGLIA, a minor, by and through counsel of record, GINA CORENA & ASSOCIATES, and Defendants PARMINDER SINGH, an individual; and QUICK TRANSFER LTD, a Foreign Business., by and through its counsel of record, the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate to extend the time for Plaintiffs to respond to Defendants' Motion for Partial Summary Judgment on Direct Liability Claims as follows:

///

1

1.    On February 24, 2026, Defendants filed their Motion for Partial Summary Judgment on Direct Liability Claims [ECF No. 29] pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.    Under the applicable rules, Plaintiffs' response to Defendants' motion is currently due on or before March 17, 2026.

3.    The parties stipulate and agree that a short extension of seven (7) days is warranted to allow Plaintiffs adequate time to review the motion and supporting materials and prepare a response. The requested extension will not impact any other deadlines or hearing dates in this matter.

4.    Federal courts routinely grant reasonable extensions of time upon a showing of good cause and stipulation of the parties. *See* Fed. R. Civ. P. 6(b)(1) (allowing extensions for good cause); *see also Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259–60 (9th Cir. 2010) ("requests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party'") (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

5.    The requested extension is sought in good faith and not for purposes of delay or prejudice. This extension will allow Plaintiffs sufficient time to fully prepare their response and will assist the Court in resolving the motion on the merits.

6.    Accordingly, the parties stipulate that Plaintiffs shall have up to and including **March 24, 2026**, to file their Response to Defendants' Motion for Partial Summary Judgment. Defendants' Reply shall be due in accordance with Local Rule 7-2.

March 13, 2026

GINA CORENA & ASSOCIATES

/s/ Rachel Holzer
Rachel Holzer, Esq.
Nevada Bar No. 11604
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

March 13, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Colt Dodrill

Colt Dodrill, Esq.
Nevada Bar No. 9000
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*

2

**ORDER**

Pursuant to the parties' stipulation, Plaintiffs shall have up to and including **March 24, 2026**, to file their Response to Defendants' Motion for Partial Summary Judgment. Defendants' Reply shall be due in accordance with Local Rule 7-2.

IT IS SO ORDERED this __13th__ day of March, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF E-SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LAW OFFICE OF GINA M. CORENA, and that on this 13th of March, 2026,  I did cause a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS' TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DIRECT LIABILITY CLAIMS** in *Phillip Scott Bracaglia, et al v. Parminder Singh, et al. United States District Court Case No. 2:25-CV-01531-APG-MDC,* to be served via electronically via email to the following:

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
Colt Dodrill, Esq.
Colt.Dodrill@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*

_____/s/_____Mary Christian_____
An employee of **GINA CORENA & ASSOCIATES**

4